DANIEL G. BOGDEN
United States Attorney
KATHRYN C. NEWMAN
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:10-cr-323-GMN-PAL |
| Plaintiff, | **MOTION TO CONTINUE SENTENCING** |
| v. | |
| MICHAEL SEISDEDOS, | **(Fifth Request)** |
| Defendant. | |

The United States, through its counsel, Daniel G. Bogden, United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, hereby moves this Court for a brief continuance of the Sentencing currently scheduled for January 3, 2012 at 11:30 a.m. to a time and date that is convenient to this Court.

The continuance is sought for the following reasons:

1. United States anticipates filing a Motion for Downward Departure in the near future. The United States requests the additional time to allow the defendant and the Probation Office time to review its motion and recommendation.

2. The defendant is not in custody and defense counsel does not object to a brief continuance.

3. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter

4. This is the fifth request for a continuance of the sentencing date granted herein.

Date: December 29, 2011

          Respectfully submitted.

          DANIEL G. BOGDEN
          United States Attorney

          /s/
          _____
          KATHRYN C. NEWMAN
          Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA )
) Case No.: 2:10-cr-323-GMN-PAL
Plaintiff, )
vs. ) **ORDER CONTINUING SENTENCING**
)
)
MICHAEL SEISDEDOS, )
)
Defendant. )
)
_____)

Based on the pending motion, and good cause appearing therefore, the Court hereby finds that:

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-captioned matter currently scheduled for January 3, 2011, at the hour of 11:30 a.m., be vacated and continued until  Thursday, January 12 , 2012 , at the hour of 9:30 a.m.

**DATED** this 29th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge